#60550
FILED
2010 MAR 12 PM 1:32
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

# UNCLAIMED FUNDS

MARCH 11, 2010

05-69610   CHARLES JONES
           CREDITOR DID NOT CASH CHECK
           CHECK #418524 FOR $7.55
           ALLTEL
           ONE ALLIED DR B5
           THIRD FLOOR
           LITTLE ROCK, AR 72202

07-61597   NANETTE CARRIGAN
           DEBTOR DID NOT CASH CHECK
           CHECK #418525 FOR $1,167.00
           NANETTE K CARRIGAN
           220 LOUISE STREET
           RITTMAN, OH 44270

09-60735   GEORGE BENACH
           CREDITOR DID NOT CASH CHECK
           CHECK #418526 FOR $110.99
           FIRST MERIT BANK NA
           111 CASCADE PLAZA CAS 36
           AKRON, OH 44308

06-62260   ANGEL BASURTO, JR
           CREDITOR DID NOT CASH CHECK
           CHECK #418527 FOR $6.41
           JAMES CARPENTER
           2610 TOWNSHIP RD 87
           KILLBUCK, OH 44637-9702